IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

THERESA J. WILLIAMS,

        Plaintiff,

v.

WAL-MART, INC.,
WAL-MART STORES EAST, LP;
ABC CORPORATION; XYZ
CORPORATION; JOHN DOE; AND
JANE DOE,

        Defendants.

Civil Action File No.
2:21-cv-00119-SCJ

## NOTICE OF SETTLEMENT

Comes now Plaintiff, and notifies the Court that this case has settled.   The parties will present to the Court a Consent Order for Dismissal With Prejudice shortly.

SHERROD & BERNARD, P.C.

By:   */S/ JOHN W. SHERROD*
       JOHN W. SHERROD
       Georgia Bar No. 642360
       STEPHANIE R. THOMPSON
       Georgia Bar No. 819990
       Attorneys for Plaintiff

8470 Price Avenue
P.O. Box 1154
Douglasville, Georgia 30133-1154
T: (770) 920-8350
F: (770) 920-8970
jsherrod@sherrodandbernard.com
sthompson@sherrodandbernard.com

## CERTIFICATE OF SERVICE

This is to certify that on June 27, 2022, I electronically filed a NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

SHERROD & BERNARD, P.C.

By:   */S/ JOHN W. SHERROD*
      JOHN W. SHERROD
      Georgia Bar No. 642360
      STEPHANIE R. THOMPSON
8470 Price Avenue                Georgia Bar No. 819990
P.O. Box 1154                    Attorneys for Plaintiff
Douglasville, Georgia 30133-1154
T: (770) 920-8350
F: (770) 920-8970
jsherrod@sherrodandbernard.com
sthompson@sherrodandbernard.com

2