IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

THERESA J. WILLIAMS,

      Plaintiff,

  v.

WAL-MART, INC.,
WAL-MART STORES EAST, LP; ABC
CORPORATION; XYZ
CORPORATION; JOHN DOE; AND
JANE DOE,

      Defendants.

CIVIL ACTION FILE

NO. 2:21-CV-0119-SCJ

## O R D E R

Counsel for Plaintiff having filed Notice [Doc. 37] informing the Court that the remaining parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

    **IT IS SO ORDERED**, this 28th day of June, 2022.

                  s/Steve C. Jones
                  STEVE C. JONES
                  UNITED STATES DISTRICT JUDGE